# EXHIBIT

# F



**ROBERT RUOTOLO**
**Attorney at Law**
*ruotolo@buschllp.com*

January 11, 2016

<u>***Via Hand-Delivery***</u>

Casey L. Griffith
Austin S. Champion
Michael C. Barbee
GRIFFITH BATES CHAMPION & HARPER, LLP
5910 N. Central Expressway, Suite 1050
Dallas, Texas 75206

      *Re:*    Case No. 4:14-cv-00358
            *Emerald City Management, L.L.C.et al. v. Kahn et al.*
            U.S. District Court, Eastern District of Texas, Sherman Division

Dear Counsel:

Enclosed please find two CDs containing Plaintiffs' further document production: ECM 0827 – 10260 (RESTRICTED-ATTORNEY'S EYES ONLY) and ECM 10261 – 10377.

Please do not hesitate to contact Mr. Ruotolo should you have any questions.

                          Sincerely yours,

                          Kevin E. Perry
                          Paralegal

/kep
Enclosures as stated

Busch Ruotolo & Simpson, LLP
100 Crescent Court, Suite 250
Dallas, Texas 75201
(o) 214 855 2880
(f) 214 855 2871
toll-free 1 855 855 2880

buschllp.com

**EXHIBIT "F"**

PLAINTIFFS' PRODUCTION CD
ECM 10261 – 10377

EMERALD CITY MANAGEMENT, L.L.C.
AND EMERALD CITY BAND, INC.

vs.

JORDAN KAHN AND
JORDAN KAHN MUSIC COMPANY, L.L.C.

CIVIL ACTION NO. 4:14:-cv-00358

PLAINTIFFS' PRODUCTION

CD – ECM 10261 – 10377



CD  01/11/2016

**ECM**
**ECM 08327-ECM 10260**
**RESTRICTED - ATTORNEY'S**
**EYES ONLY**