# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| EMERALD CITY MGMT., LLC, and<br>EMERALD CITY BAND, INC. | § § § | |
| v. | § § | CIVIL ACTION No. 4:14-cv-358<br>Judge Mazzant |
| JORDAN KAHN and<br>JORDAN KAHN MUSIC COMP., LLC, | § § § | |
| JORDAN KAHN | § § | |
| v. | § § | |
| DEAN "DENO" TAGLIOLI,<br>EMERALD CITY BAND, INC., AND<br>EMERALD CITY MGMT., LLC | § § § § | |

## ORDER

Pending before the Court is Plaintiffs'/Counter-Defendants'/Third-Party Defendant's Motion to Strike Defendant's/Counter-Plaintiff's/Third-Party Plaintiff's Supplemental Expert Report (the "Motion") (Dkt. #176). The Motion is not yet ripe, and will not become right until after the trial has already commenced. Therefore, the Court will deny the Motion without prejudice and the issue may be raised at trial.

It is therefore **ORDERED** Plaintiffs'/Counter-Defendants'/Third-Party Defendant's Motion to Strike Defendant's/Counter-Plaintiff's/Third-Party Plaintiff's Supplemental Expert Report (Dkt. #176) is hereby **DENIED without prejudice**.

**SIGNED this 17th day of February, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE