# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EMERALD CITY MANAGEMENT, LLC and EMERALD CITY BAND, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JORDAN KAHN and JORDAN KAHN MUSIC COMPANY, LLC, <br><br> Defendants, | Civil Action No. 4:14-cv-00358-ALM |
| JORDAN KAHN, <br><br> Counter-Plaintiff, <br><br> v. <br><br> EMERALD CITY MANAGEMENT, LLC and EMERALD CITY BAND, INC., DEAN "DENO" TAGLIOLI, <br><br> Counter-Defendants / Third-Party Defendant. | |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal with Prejudice, is of the opinion it should be, and therefore is, GRANTED.

IT IS ORDERED that all claims asserted by all parties are hereby dismissed with prejudice; and

IT IS FURTHER ORDERED that each party shall bear its own costs, attorneys' fees, and expenses.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 4th day of April, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE